UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

O

## CIVIL MINUTES - GENERAL

| Case No. | CV 07-7589 CAS (AGRx) | Date | August 19, 2009 |
|---|---|---|---|
| Title | Best Oriental Produce, Inc. v Rodolfo Diaz de la Vega, et al. | | |

| Present: The Honorable | CHRISTINA A. SNYDER | |
|---|---|---|
| Catherine Jeang | Not Present | N/A |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Not Present | Not Present |

**Proceedings:** **(In Chambers): Order Re: Plaintiff's Request to Enter Default** (filed 8/11/2009)

    The Court has reviewed plaintiff's request for clerk to enter default against defendant Rodolfo Diaz De La Vega. The Court cannot determine based on the proof of service submitted whether plaintiff complied with the requirements of the Hague Convention of the Service Abroad of Judicial and Extra-Judicial Documents in Civil or Commercial Matters (the "Hague Convention"). Therefore, the Court declines to enter the requested default. Plaintiff may resubmit additional documentation demonstrating compliance with the Hague Convention for the Court's consideration.

    IT IS SO ORDERED

|  | 00 : 00 |
|---|---|
| Initials of Preparer | CMJ |