UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV07-7589-CAS(AGRx) | | Date | August 20, 2009 |
|---|---|---|---|---|
| Title | *BEST ORIENTAL PRODUCE, INC. v. RODOLFO DIAZ DE LA VEGA* | | | |

| Present: The Honorable | CHRISTINA A. SNYDER, U.S. DISTRICT JUDGE | | |
|---|---|---|---|
| Catherine Jeang | Not Present | N/A |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Not Present | Not Present |

**Proceedings:**     (IN CHAMBERS) - ORDER TO SHOW CAUSE

Pursuant to plaintiff's submissions in response to this Court's Order to Show Cause issued on July 30, 2009 and this Court's minute order dated August 19, 2009, the Court extends its Order to Show Cause **as to defendant RODOLFO DIAZ DE LA VEGA.**

**THEREFORE, IT IS HEREBY ORDERED** that **PLAINTIFF** show cause in writing not later than **September 21, 2009** why this action should not be dismissed for lack of prosecution **as to defendant RODOLFO DIAZ DE LA VEGA.**

In accordance with Rule 78 of the Federal Rules of Civil Procedure and Local Rule 7.15, oral argument shall not be heard in the above matter unless so ordered by the Court. The Order to Show Cause will stand submitted upon the filing of briefs.

Plaintiff is advised that the Court will consider the following:

**1)**     An answer by **defendant RODOLFO DIAZ DE LA VEGA,** or compliance with this Court's August 19, 2009 minute order

on or before the above date, as a satisfactory response to the Order to Show Cause.

|  | 00 | : | 00 |
|---|---|---|---|
| | Initials of Preparer | | CMJ |