# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV07-7589-CAS(AGRx) | Date | September 23, 2009 |
|---|---|---|---|
| Title | *BEST ORIENTAL PRODUCE, INC. v. RODOLFO DIAZ DE LA VEGA* | | |

Present: The Honorable    CHRISTINA A. SNYDER, U.S. DISTRICT JUDGE

| Catherine Jeang | Not Present | N/A |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Not Present | Not Present |

**Proceedings:**       (IN CHAMBERS) - ORDER TO SHOW CAUSE

The Court is in receipt of the Declaration of Michael Fischer Regarding Status of Service of Process on Defendant in Mexico.  Upon the Court's review of the declaration, the Court extends its Order to Show Cause **as to defendant RODOLFO DIAZ DE LA VEGA for ninety (90) days and no further extensions will be granted**.

**THEREFORE, IT IS HEREBY ORDERED** that **PLAINTIFF** show cause in writing not later than **December 23, 2009** why this action should not be dismissed for lack of prosecution **as to defendant RODOLFO DIAZ DE LA VEGA.**

In accordance with Rule 78 of the Federal Rules of Civil Procedure and Local Rule 7.15, oral argument shall not be heard in the above matter unless so ordered by the Court.  The Order to Show Cause will stand submitted upon the filing of briefs.

Plaintiff is advised that the Court will consider the following:

1)     An answer by **defendant RODOLFO DIAZ DE LA VEGA,** or compliance with this Court's August 19, 2009 minute order

on or before the above date, as a satisfactory response to the Order to Show Cause.

|  | 00 | : | 00 |
|---|---|---|---|
| Initials of Preparer | | CMJ | |